



E-FILED

JUL 11 2019

Document # _____

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MITCHELL, on behalf of herself and all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br><br> Plaintiff, <br><br> v. <br><br> 1FORCE GOVERNMENT SOLUTIONS, LLC, a Georgia limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.  2:18-cv-07612-PSG-SK <br><br> Assigned for all purposes to: <br> Hon. Philip Gutierrez <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** <br><br> Action filed: July 6, 2018 |

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 2:18-CV-07612-PSG-SK
**ORDER**

# [PROPOSED] ORDER

The honorable Court, having considered the Parties' Joint Stipulation for

Dismissal of Entire Action Without Prejudice, hereby dismisses this action in its

entirety pursuant to Federal Rule of Civil Procedure 41(a)(1), without prejudice,

including all claims and counterclaims brought in the instant action. All parties are

to pay their own costs and fees.

## IT IS SO ORDERED.

Dated: 7/11/15

The Spivak Law Firm

_____

Hon. Philip Gutierrez
UNITED STATES DISTRICT
JUDGE

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:18-CV-07612-PSG-SK
ORDER